Robinson
v.
Meigs.

November 23.

---

ROBINSON *vs.* MEIGS and wife.

A defendant who has appeared in the suit, and who has any interest in property sold by the master, or in the proceeds of the sale, is entitled to notice of an application to discharge the purchaser, or for a resale.

THIS was an application to set aside a master's sale. It appeared that the property had been previously sold by the master, and that an application had been made to the court, without notice to the defendants who had appeared in the cause, and an order granted discharging the purchaser and ordering a resale. And upon the second sale the property was sold for less than on the first.

1843.
January 4.

1843.

Boyd
v.
Dodge.

*S. M. Woodruff,* for the complainant.

*P. Gansevoort,* for the defendants.

THE CHANCELLOR said the order for a resale of the premises was irregular ; that a defendant who had appeared in the suit, and who had an interest in the property or in the proceeds thereof, was entitled to notice of an application either to discharge a purchaser at a master's sale, or for a resale of the property where the purchaser had neglected to comply with the terms of sale and to complete his purchase.

                    Order setting aside the sale.